ACCEPTED
06-15-00007-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/18/2015 1:24:14 PM
DEBBIE AUTREY
CLERK

**No. 06-15-00007-CV**

In the Sixth Court of Appeals
Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/18/2015 1:24:14 PM
DEBBIE AUTREY
Clerk

**HYDROGEO, LLC AND FIRST BANK & TRUST EAST TEXAS**
*Appellants*
AND
**DEBERRY 3 OPERATING COMPANY, LLC,**
*Appellant*

**v.**

**QUITMAN INDEPENDENT SCHOOL DISTRICT, WOOD COUNTY, UPPER SABINE WASTE DISPOSAL DISTRICT, AND WOOD COUNTY CENTRAL HOSPITAL DISTRICT,**
*Appellees*

On Appeal from the 402nd Judicial District Court
Wood County, Texas

## MOTION TO EXTEND TIME FOR FILING BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Hydrogeo, LLC and First Bank & Trust East Texas, Appellants in the above styled and numbered cause, hereby move the Court pursuant to Rule 38.6(d), Texas Rules of Appellate Procedure, for an extension of time to file their brief. As grounds for such extension, the Appellants would show the Court the following:

I.

This is Appellants' first request for an extension of time in which to file their brief. Appellees' brief is due to be filed on June 18, 2015.

II.

Due to other previously scheduled matters, the undersigned counsel for Appellants, despite best efforts to do so, has been unable to complete research and briefing necessary to finalize the brief in this case by the due date. Those matters have included:

1. Being out of town the entire week between June 8th and June 14th.

2. Reviewing voluminous title documents regarding a complex oil and gas matter for a client in Rusk County, Texas.

3. Extensive Motion practice, including drafting Motion for Entry of Judgment in Cause No. 2013-457; *Bagley Minerals, L.P. v. Brammer Petroleum, Inc.*; In the 123rd District Court of Panola County, Texas.

III.

Therefore, Appellants request a fourteen day extension until Thursday, July 2, 2015 in which to file their brief. The requested extension should not in the ordinary course of procedure in this Court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellants Hydrogeo, LLC and First Bank & Trust East Texas, pray that the time for filing their appellate brief be extended to Thursday, July 2, 2015.

Respectfully Submitted,

/s/ J. Don Westbrook
J. DON WESTBROOK
Texas Bar No. 21215500
**COGHLAN CROWSON, LLP**
1127 Judson Road, Suite 211
Longview, Texas 75601
(903) 758-5543
(903) 753-6989 (fax)
dwestbrook@ccfww.com
*Attorneys for Hydrogeo, LLC and*
*First Bank & Trust East Texas*

## Certificate of Conference

I have contacted Edward J. (Nick) Nicholas and Jim Lambeth, Attorneys for Appellees, Wood County, Upper Sabine Waste Disposal District and Wood County Central Hospital District, David Hudson, Attorney for Appellee Quitman ISD, and Michael Dunn, Attorney for Appellant, DeBerry 3 Operating Company, LLC regarding the relief sought by this motion and they have no objection to the motion.

/s/ J. Don Westbrook
J. Don Westbrook

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion to Extend Time for Filing Brief of Appellants has been forwarded to:

**Appellant**
DeBerry 3 Operating Company, LLC

**Counsel for DeBerry 3 Operating Company, LLC:**

Michael L. Dunn
Smead, Anderson & Dunn
2110 Horseshoe Lane
Longview, Texas 75606

**Appellee**
Wood County, Upper Sabine
Waste Disposal District and Wood
County Central Hospital District

**Counsel for Wood County, Upper Sabine Waste Disposal District and Wood County Central Hospital District**

Edward J. (Nick) Nicholas
Linebarger Goggan Blair &
Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081

Jim L. Lambeth
Alison Wylie
Linebarger Goggan Blair & Sampson, LLP
1517 W. Front St. Suite 202
Tyler, Texas 75702

**Appellee**
Quitman Independent School District

**Counsel for Quitman Independent School District**

David Hudson
Perdue, Brandon, Fielder, Collins & Mott, LLP
PO Box 2007
Tyler, Texas 75710

/s/ J. Don Westbrook
J. Don Westbrook